## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **ANTOINETTE STANSBERRY** | ) ) ) |
| **Plaintiff,** | ) **Civil Action No. 1:19-cv-04663-JMS-** ) **DML** |
| v. | ) ) ) |
| **RENTGROW, INC.** | ) ) |
| **Defendants.** | ) ) ) |

### PLAINTIFF'S WITNESS LIST

Plaintiff intends to offer the following witnesses at trial.

1. Antoinette Stansberry
   3642 Fieldmint Court
   Indianapolis IN 46235

Ms. Stansberry will testify regarding the matters set forth in the Plaintiff's Complaint, including personal knowledge and observation of how the matters addressed in Plaintiff's Complaint affected the Plaintiff.

2. Representatives from RentGrow, Inc.
   c/o Emanuel McMiller
   Jane Dall Wilson
   FAEGRE BAKER DANIELS LLP
   300 North Meridian Street
   Suite 2500
   Indianapolis, IN 46204

   Adam E. Lang
   Erica J. Stutman
   SNELL & WILMER, L.L.P.
   400 E. Van Buren, Suite 1900
   Phoenix, AZ 85004-2202

3. Rebuttal witnesses.

4. Impeachment witnesses.

Plaintiff reserves the right to supplement or amend this Witness List at any time prior to trial, including in response to any forthcoming identification of trial witnesses by Defendant. This list does not include witnesses which Plaintiff may use for purposes of impeachment or rebuttal.

**Respectfully submitted,**

*/s/ Alexis I. Lehmann*
Alexis I. Lehmann
(Admitted *Pro Hac Vice*)
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
(215) 735-8600
alehmann@consumerlawfirm.com

Larry P. Smith (Atty. No.: 6217162)
David M. Marco
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone: (312) 324-3532
Facsimile: (888) 418-1277
E-Mail: lsmith@smithmarco.com

Attorneys for Plaintiff

Dated: February 27, 2020