**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

|  |  |  |
|---|---|---|
| **ANTOINETTE STANSBERRY** | ) | |
| | ) | |
| | ) | **Civil Action No. 1:19-cv-04663-JMS-** |
| **Plaintiff,** | ) | **DML** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RENTGROW, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## PLAINTIFF'S EXHIBIT LIST

Plaintiff identifies the following exhibits that it may rely on at trial:

1.   Report about Plaintiff prepared by RentGrow dated May 21, 2109.

2.   Expungement record of Plaintiff's criminal history.

3.   Email from RentGrow to Plaintiff dated August 22, 2019.

4.   Policies and procedures of RentGrow.

5.   Any and all documents produced in the course of discovery.

Plaintiff reserves the right to supplement or amend this Exhibit List at any time prior to trial, including in response to any forthcoming identification of exhibits by Defendant. This list does not include exhibits which Plaintiff may use for purposes of impeachment or rebuttal.

Respectfully submitted,


/s/ Alexis I. Lehmann
Alexis I. Lehmann
(Admitted *Pro Hac Vice*)
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
(215) 735-8600
alehmann@consumerlawfirm.com

Larry P. Smith (Atty. No.: 6217162)
David M. Marco
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone: (312) 324-3532
Facsimile: (888) 418-1277
E-Mail: lsmith@smithmarco.com

Attorneys for Plaintiff

Dated: February 27, 2020